# Exhibit 2

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

_____

LENORA GLOVER,                  :
        Plaintiff,      :
                        :
vs.                             :
                        :
MICROBILT CORPORATION,          :
        Defendant.      :No. 1:19-CV-1337
_____

WITNESS:    WALTER WOJCIECHOWSKI (VIDEO)

PAGES:      1 through 214

PLACE:      Ring Central
            Atlanta, Georgia

DATE:       Thursday, June 18, 2020

TIME:       12:00 p.m.

Court Reporter:  CELESTE PERLA, CSR, MERIT

```
 1   bankruptcy under confirmed plan as the end of
 2   March of 2020.
 3   Q.   Okay.  And you had earlier testified that
 4   the fund is invested in loans to consumers; is
 5   that correct?
 6   A.   No, I did not.
 7   Q.   Invested in lenders to consumers; is that
 8   correct?
 9   A.   The fund invested in lenders who made loans
10   to consumers.  Not the fund, the lenders.  The
11   lenders did.  The fund only made investments for
12   loans to lenders.
13   Q.   And how much does the fund does -- have
14   invested with lenders today?
15              MR. LUCKMAN:  I will object on
16        foundation grounds.  You can answer.
17              THE WITNESS:  Well, I am not
18        sure -- I am not sure what you are
19        asking, Kristi.  Can you give me --
20        what is the question that you are
21        asking?
22   BY MS. KELLY:
23   Q.   Okay.  So we can break it down.
24              How many lenders does the fund
25   invest in?
```

1  A.    Well, the fund doesn't invest in the
2  lenders, the fund issues what is the capital
3  lines to the lenders.  Currently it has four --
4  four operating lines.
5  Q.    And who is the first operating line with and
6  for how much?
7  A.    The first operating line would be Green
8  Circle and I am not sure for how much.
9  Q.    And who is the second operating line with
10 and for how much?
11 A.    The second operating line would be with,
12 it's not a company.  I am not sure what the
13 entity is.  Big Valley.  It's called Big Valley
14 and I am not sure of the outstanding amount at
15 this point in time.
16 Q.    And the third operating line, who is it with
17 and for how much?
18 A.    The name would be DRT.  I am not sure of the
19 amount.
20 Q.    Did you say DRT?
21 A.    DRT, yes.
22 Q.    And what does that stand for?
23 A.    I don't know.  That is the name that they
24 use.
25 Q.    And what is the fourth line, who is that