# Exhibit 7

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARGON CREDIT, LLC,      )      No. 16 B 39654
                        )      Chicago, Illinois
                        )      11:00 a.m.
                        )       1:00 p.m.
              Debtor.)         January 3, 2017

VOLUME IV (Pages 1-238)

TRANSCRIPT OF PROCEEDINGS BEFORE THE
HONORABLE DEBORAH L. THORNE

APPEARANCES:

For the Debtor:                 Mr. Matthew T. Gensburg,
                                Mr. E. Philip Groben;

For Fund Recovery
Services:                       Mr. Peter Roberts;

                                Ms. Valerie Hamilton,
                                  (telephonically);

For the Ad Hoc
Committee of Creditors:         Mr. Jonathan P. Friedland;

For the United States
Trustee:                        Ms. Kimberly Bacher;

For Interested Investors:       Mr. David Simonds,
                                  (telephonically);

Court Reporter:                 Jerri Estelle, CSR, RPR
                                U.S. Courthouse
                                219 South Dearborn
                                Room 661
                                Chicago, IL  60604.

2

1                           I N D E X

3    WITNESS:                                             PAGE:
4         **PHILIP BURGESS**
5     Direct Examination By Mr. Roberts                      8

```
 1                    So why don't we take a break around
 2   12:30 and then come back at 1:15 or so if that works
 3   for everybody.
 4                    MR. ROBERTS:  Okay.
 5                    MR. GENSBURG:  That's fine, Your
 6   Honor.
 7                    MS. BACHER:  Thank you, Your Honor.
 8                    MR. ROBERTS:  And with that, Your
 9   Honor, FRS intends to call Philip Burgess to the
10   stand.
11                    (Witness sworn.)
12                    THE CLERK:  State your name for the
13   record.
14                    THE WITNESS:  Philip Burgess.
15                    THE CLERK:  You may be seated.
16                PHILIP BURGESS, WITNESS, SWORN
17                      DIRECT EXAMINATION
18   BY MR. ROBERTS:
19        Q    Good morning, Mr. Burgess.
20        A    Good morning.
21        Q    Mr. Burgess, you were a consultant to Fund
22   Recovery Services, correct?
23        A    Indirectly.  My family owns a majority
24   interest in Microbilt Corporation.
25                    Microbilt Corporation has a majority
```

Case 3:20-cv-00820-REP Document 19-7 Filed 01/28/21 Page 5 of 5 PageID# 673
Case 3:19-cv-00085-REP Document 97-1 Filed 06/19/20 Page 4 of 4 PageID# 880

9

1 interest in the fund, and Fund Recovery Services is a
2 division of that fund.
3     Q    And the fund you're talking about is
4 Princeton Alternative Investment Fund?
5     A    Princeton Alternative Income Fund.
6     Q    Income Fund.
7          And Princeton Alternative Income Fund
8 is the predecessor in interest to FRS?
9     A    That's correct.
10    Q    Let me start by asking you a little bit
11 about your background and experience in the credit
12 industry.
13         Can you provide the court with a brief
14 thumbnail sketch of your professional experience in
15 the credit industry?
16    A    I've owned this company or its predecessors
17 for a little over 25 years, I think 28 years.  I've
18 been in the business-to-business lending industry for
19 about 35 years.
20         I primarily work with our team to
21 establish scorecards and business rules around
22 underwriting consumer loans.
23         And we also produce scorecards and
24 business rules around collecting delinquent or
25 defaulted loans.