IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVEN MANN, et al.,

    Plaintiff,

v.                                Civil Action No. 3:20cv820

PHILLIP GOMEZ, et al.,

    Defendants.

**ORDER**

The Court having been advised that the parties in this action have reached an agreement respecting the disputes herein and this action is settled, it is hereby ORDERED that the following motions are denied as moot:

    (1) SPECIALLY-APPEARING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) (ECF No. 38); and

    (2) SPECIALLY-APPEARING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) (ECF No. 39); and

    (3) SPECIALLY-APPEARING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) (ECF No. 41); and

(4) SPECIALLY-APPEARING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(7) (ECF No. 43).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 28, 2022