UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**STEVEN MANN**, *et al.*, *individually*
*and on behalf of others similarly situated,*

    Plaintiffs,

v.                                  Civil Action No. 3:20-cv-00820-REP

**PHILIP GOMEZ**, *et al.*,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Steven Mann, Lashell Epperson, Judith Harrison and Kevin Williams (collectively "Plaintiffs") and Defendants, Philip Gomez, Michael Gomez, Chris McCloud and Vivian McCloud (collectively "Defendants"), hereby stipulate that all of Plaintiffs' claims against the Defendants are hereby dismissed with prejudice and each party shall bear its own attorney's fees and costs. Therefore, dismissal without a court order is proper.

Respectfully submitted this 14th day of March 2022.

By:*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
*Counsel for Plaintiffs*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Telephone: 703-424-7570
Facsimile: 703-591-9285
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

By: */s/David N. Anthony*
David N. Anthony, VSB No. 31696
*Counsel for Defendants*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando, VSB No. 89736
CONSUMER LITIGATION ASSOCIATES
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com